```
                                          FILED
                                   CLERK, U.S. DISTRICT COURT

                                        MAY -7 2010

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 10-1082m |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| *Arnoldi* Defendant. ) | 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___No/Illinois___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___duration alleg. & PSA rpt factors___

```
                                                                    
                                                                    
                                                                    
        and/or
B.      ( )  The defendant has not met his/her burden of establishing by
        clear and convincing evidence that he/she is not likely to pose
        a danger to the safety of any other person or the community if
        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
        on:_____
                                                                    
                                                                    
                                                                    


        IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated:    5/7/10


                                              _____
                                              UNITES STATES MAGISTRATE JUDGE
```